**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     **RICHARD DAVID JANSSEN,** | : | |
|     Debtor(s) | : | Bky. No. 04-11159ELF |
| | : | |
| **RICHARD DAVID JANSSEN,** | : | |
|     Plaintiff, | : | |
|     v. | : | Adv. No. 08-00252ELF |
| **CHASE HOME FINANCE, LLC,** | : | |
|     Defendant | : | |

## O R D E R

    **AND NOW,** upon consideration of the Defendant's Motion to Enforce and Approve Settlement Agreement and for Imposing Fees and Costs Against the Amount of the Settlement, the Plaintiff's response thereto, and after a hearing, and for the reasons stated in the accompanying Memorandum,

    It is hereby **ORDERED AND DETERMINED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The Plaintiff and the Defendant reached a settlement agreement on October 21, 2009 that was accurately memorialized in a draft written settlement agreement prepared by Chase's attorney and sent to the Debtor's counsel on October 27, 2009.

3. The Defendant's request for an award of attorney's fees is **DENIED**.

4. The court retains jurisdiction to enforce the settlement agreement.

Date: **December 29, 2009**

                                                    **ERIC L. FRANK**
                                                  **U.S. BANKRUPTCY JUDGE**